**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In Re: | ) |  |
|  | ) | Chapter 11 |
| RAMON AGUIRRE AND BERTHA | ) | Case No. 14-24420 |
| AGUIRRE | ) |  |
| Debtors. | ) |  |
|  | ) |  |
|  | ) | Honorable Judge Timothy A. Barnes |

NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on July 29, 2014, at 10:0 a.m., the undersigned will appear before the Honorable Timothy A. Barnes, Bankruptcy Judge at 219 S. Dearborn, Room 613, Chicago, Illinois and will then and there present the attached <u>MOTION TO EMPLOY ATTORNEYS AHMAD T. SULAIMAN, MOHAMMED BADWAN, PAUL M. BACH, PENELOPE N. BACH AND NATHAN VOLHEIM</u>, at which time you may appear if you so choose.

BY:    <u>S/ PAUL M. BACH, OF COUNSEL</u>
SULAIMAN LAW GROUP, LTD
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE:  (630) 575-8181
FAX:    (630) 575-8188
ATTORNEY NO: 6209530

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| RAMON AGUIRRE AND BERTHA | ) | Case No. 14-24420 |
| AGUIRRE | ) | |
|     Debtors. | ) | |
| | ) | |
| | ) | Honorable Judge Timothy A. Barnes |

MOTION TO EMPLOY ATTORNEYS AHMAD T. SULAIMAN, MOHAMMED BADWAN, PAUL M. BACH, PENELOPE N. BACH and NATHAN VOLHEIM

NOW COME, the Debtors, RAMON AGUIRRE AND BERTHA AGUIRRE, by and through their attorneys Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach, Penelope N. Bach and Nathan Volheim of Sulaiman Law Group, Ltd. and moves this Honorable Court for authority to retain counsel, and in support thereof states as follows:

1.      The Debtors filed a voluntary Chapter 11 petition on June 30, 2014.

2.      Applicant requires the assistance of counsel to represent the Debtors in matters concerning negotiation with creditors, preparation of a plan and disclosures statement, examining and resolving claims filed against the estate, preparation and prosecution of adversary matters, and otherwise to represent Debtors in matters before this Court.  The Debtors are not experienced in Chapter 11 matters and requires the expertise of counsel.

3.      It is in the best interest of this estate and its economical administration Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach, Penelope N. Bach and Nathan Volheim of Sulaiman Law Group, Ltd. be authorized to act as attorneys for the Debtors.

4.      Each of the attorneys and firms listed above are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this area and each has a particular expertise with regard to bankruptcy, corporate reorganization and debtor/creditor matters in cases under the bankruptcy Code.

5.      The normal billing rate for attorney Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach and Penelope N. Bach at Sulaiman Law Group, Ltd. for this matter is $425.00 per hour. The Debtors prior to filing paid or will pay $21,717.00 including the filing fee of $1,717.00. No funds were paid for pre-petition work performed leaving a retainer of $20,000.00.

6.      It is contemplated that each of the attorneys on behalf of Sulaiman Law Group, Ltd will seek compensation based upon normal and usual billing rates.  It is further contemplated that said law firms will seek interim compensation as permitted by 11 USC 331.

        WHEREFORE, the Debtor, RAMON AGUIRRE AND BERTHA AGUIRRE prays that Ahmad Sulaiman, Mohammed Badwan, Paul M. Bach, Penelope N. Bach and Nathan Volheim of Sulaiman Law Group, Ltd. be authorized to act as attorneys for the Debtors with compensation effective June 30, 2014 for such legal services to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow and for any further relief that this court deems just.

Respectively Submitted,
RAMON AGUIRRE and
THERESA  JUMIC

DATED THIS THE 3RD DAY OF JULY, 2014.          BY:    /S/ PAUL M.. BACH, OF COUNSEL
SULAIMAN LAW GROUP, LTD
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE:  (630) 575-8181
FAX:    (630) 575-8188
ATTORNEY NO: 6209530