IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 14 B 24420 |
| RAMON AGUIRRE and | ) | |
| BERTHA AGUIRRE | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | Honorable Judge Timothy A. Barnes |

**ORDER AND NOTICE SETTING HEARING ON DEBTORS' AMENDED PLAN OF
REORGANIZATION, AMENDED DISCLOSURE STATEMENT AND FIXING TIME
FOR FILING OBJECTIONS TO THE PLAN AND DISCLOSURE STATEMENT**

IT IS HEREBY ORDERED AND NOTICE IS GIVEN THAT:

1.     Ramon Aguirre and Bertha Aguirre ("Debtors") filed a Second Amended Plan of Reorganization on February 10, 2015 (the "plan") for themselves in this case, and a Second Amended Disclosure Statement on February 10, 2015 (the "Disclosure Statement") relating thereto.

2.     On April 15, 2015 at 10:30 am. a hearing to consider approval of the Disclosure Statement will be held by this Court or by another judge sitting in this Court's place, in Room 613 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois.  If at the conclusion of said hearing the Disclosure Statement is approved by the court, the Court will immediately hold a hearing to consider confirmation of the Plan.

3.     Debtor is to mail this order with copy of the Plan and Disclosure Statement to our parties required to vote and all tenants on or before February 24, 2015.

4.     April 1, 2015, is fixed as the last day for those creditors entitled to vote

upon the Plan by written ballot, written acceptances or rejections of the

plan with the Clerk of the Bankruptcy Court, 7th Floor, 219 S. Dearborn

Street, Chicago, IL 60604.

5.    Pursuant to Federal Rules of Bankruptcy Procedure 3017(a) and 3020(b),

April 1, 2015 is the last day for filing with this Court and serving upon

the parties listed below via U.S. mail or facsimile transmission, any

objection to the approval of the Disclosure Statement or objection to the

confirmation of the Plan.   Any Objection not filed and served in

accordance with this Order is waived.

6.    Objections should be filed with the Clerk of the Bankruptcy Court, 219 S.

Dearborn, 7th Floor, Chicago, IL 60604 and served upon the following

parties.

| Debtor's Attorney | U.S. Trustee's Office |
|---|---|
| Paul M. Bach | Office of the US Trustee |
| Sulaiman Law Group, Ltd. | 219 S. Dearborn |
| 900 Jorie Blvd Suite 150 | Suite 873 |
| Oak Brook, IL 60523 | Chicago, IL 60604 |

6,    Counsel for Debtor shall file a ballot report with regard to the Plan on or

before April 6, 2015.

Dated: FEB 1 1 2015

_____
United States Bankruptcy Judge

DEBTOR'S COUNSEL:
Paul M. Bach
Penelope N. Bach
SULAIMAN LAW GROUP, LTD
900 Jorie Blvd Suite 150
Oak Brook, IL 60523
(630) 575 - 8181