IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 14 B 24420 |
| RAMON AGUIRRE and ) | |
| BERTHA AGUIRRE ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |
| ) | Honorable Judge Timothy A. Barnes |

CLASS 1 BALLOT FOR ACCEPTING OR REJECTING PLAN OF
REORGANIZATION

### IMPORTANT NOTICE

Debtors, RAMON AGUIRRE and BERTHA AGUIRRE, filed a Second Amended Plan of Reorganization (the "Plan"), and a Second Amended Disclosure Statement to the Plan (the "Disclosure Statement") in this case. The Disclosure Statement provides information to assist you in deciding how to vote on your ballot.

You should receive the Disclosure Statement, and the Plan before you vote. (A copy of these documents is being sent to you along with this ballot.) You may wish to seek legal advice concerning the Plan and Plan Amendment and your classification and treatment under the Plan and Plan Amendment. Your claim has been placed in Class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604 on or before April 1, 2015 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

See next page of this notice for the voting section of the Ballot.

BALLOT
(Case of Ramon Aguirre and Bertha Aguirre 14 B 24420)

The undersigned, the holder of a claim against the Debtors under Class 1 in the claimed unpaid amount of $1,415,540.24 hereby

√ ACCEPTS       OR       ____REJECTS

the Debtors' Second Amended Plan of Reorganization.

Print or type creditor name: JP MORGAN CHASE BANK, N.A ("CHASE")

Signature: Lauren Newman

Title (if corporation or partnership): Attorney for Chase

Address: 55 E. Monroe Street, 37th Floor
Chicago, IL 60603

PLEASE RETURN BOTH PAGES OF THIS DOCUMENT (on or before April 1, 2015) to:

Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604