UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: TIMOTHY A. BARNES

Hearing Date: 4/15/15

Adversary No.:

Bankruptcy Case No.: 14-24420

Title of Case: Ramon & Bertha Aguirre

Brief Statement of Motion: Plan Amendment

Names and Addresses of moving counsel: Penelope N. Bach, Sulaiman Law Group
900 Jorie Blvd, Suite 150
Oak Brook, IL 60523

Representing: Debtors

## ORDER

Class 2 - Claim of Wheeler-Dealer, Ltd is amended to add a provision that states as follows

1) Debtors are to sell the property and/or pay off the entire balance owed to Wheeler-Dealer, Ltd. within six months of confirmation.

All other terms as to Class 2 shall remain the same