## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAMON AGUIRRE AND BERTHA AGUIRRE, | Case No. 14-24420 |
| Debtors. | Hon. Timothy A. Barnes |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

David R. Doyle, an attorney, hereby certifies that he caused to be served a true copy of the documents attached hereto as Exhibit A upon the following Service List by U.S. Mail on the 1st day of December, 2015.

Dated: December 1, 2015

Respectfully submitted,

WHEELER FINANCIAL, INC.

By  /s/ David R. Doyle
        One of its attorneys

Robert M. Fishman (3124316)
David R. Doyle (6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
rfishman@shawfishman.com
ddoyle@shawfishman.com

### Service List

| | | |
|---|---|---|
| Ramon Aguirre | Bertha Aguirre | Paul M Bach |
| 4599 Hatch Lane | 4599 Hatch Lane | Sulaiman Law Group, Ltd. |
| Lisle, IL 60532 | Lisle, IL 60532 | 900 Jorie Boulevard |
| | | Suite 150 |
| | | Oak Brook, IL 60523 |

{11517-001 CER A0424028.DOC}

# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RAMON AGUIRRE AND BERTHA AGUIRRE, | Case No. 14-24420 |
|  | Hon. Timothy A. Barnes |
| Debtors. |  |

<u>**NOTICE OF MOTION**</u>

TO:    See Attached Service List

      **PLEASE TAKE NOTICE** that on **December 1, 2015, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Timothy A. Barnes**, Bankruptcy Judge, in Courtroom No. 744, U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Motion of Wheeler Financial, Inc. for Relief from the Automatic Stay** (the "Motion"), a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading, at which hearing you may appear if you see fit.

Dated:  November 19, 2015

                                      Respectfully submitted,

                                        WHEELER FINANCIAL, INC.

                                      By:  /s/ Robert M. Fishman
                                            One of their attorneys

Robert M. Fishman (3124316)
David R. Doyle (6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
rfishman@shawfishman.com
ddoyle@shawfishman.com

## CERTIFICATE OF SERVICE

David R. Doyle, an attorney, hereby certifies that he caused a true copy of the foregoing notice and **MOTION OF WHEELER FINANCIAL, INC. FOR RELIEF FROM THE AUTOMATIC STAY**, to be served via the means listed below on this 19th day of November, 2015.

/s/ David R. Doyle

### CM/ECF Service List

- Paul M Bach ecfbach@gmail.com, ECFNotice@sulaimanlaw.com; Courtinfo@Sulaimanlaw.com; bkycourtinfo@gmail.com; Paul@BachOffices.com; mbadwan@sulaimanlaw.com; bkycourtinfo@gmail.com; sulaiman.igotnotices@gmail.com; bkecf_sulaiman@bkexpress.info
- Penelope N Bach pnbach@sulaimanlaw.com, ecfbach@gmail.com; courtinfo@sulaimanlaw.com; bkycourtinfo@gmail.com; ECFNotice@sulaimanlaw.com; mbadwan@sulaimanlaw.com; bkycourtinfo@gmail.com; sulaiman.igotnotices@gmail.com; bkecf_sulaiman@bkexpress.info
- Mohammed O Badwan mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com; courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com; SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com; bkecf_sulaiman@bkexpress.info
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Lauren Newman lnewman@thompsoncoburn.com, jhampton@thompsoncoburn.com
- Nathan C Volheim courtinfo@sulaimanlaw.com, molly.a@consumerlawpartners.com, sulaiman.igotnotices@gmail.com

### U.S. MAIL

AES / Wells Fargo
American Education Services
1200 N. 7th Street
Harrisburg, PA 17102

Bank of America, N.A.
401 N. Tryon Street
NC1-021-02-20
Charlotte, NC 28255

Capital One Bank
Attn: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130

JP Morgan Chase
1111 Polaris Parkway
Columbus, OH 43240

Citibank
Attn: Bankruptcy Dept.
P.O. Box 20507
Kansas City, MO 64195

Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850

Kohl's
P.O. Box 2983
Milwaukee, WI 53201

Ahamad T. Sulaiman
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAMON AGUIRRE AND BERTHA AGUIRRE, | Case No. 14-24420 |
| | Hon. Timothy A. Barnes |
| Debtors. | |

## MOTION OF WHEELER FINANCIAL, INC.
## FOR RELIEF FROM THE AUTOMATIC STAY

Wheeler Financial, Inc. ("Wheeler"), pursuant to 11 U.S.C. § 362(d)(1), hereby moves (the "Motion") for relief from the automatic stay to prosecute its petition for a tax deed for the real property owned by the above-captioned debtors (the "Debtors") located at 1374 West Grand Avenue, Chicago, Illinois, which petition is currently pending in the Circuit Court of Cook County. In support of the Motion, Wheeler respectfully states as follows:

### Introduction

1.      Wheeler purchased the 2010 Taxes[1] for the Grand Avenue property at the Cook County Collector's annual Tax Sale held on August 8, 2012.  The Debtors filed their Chapter 11 case prior to the expiration of the Redemption Period.  Under their confirmed Plan, the Debtors were required to pay Wheeler's claim on account of the 2010 Taxes in full by October 15, 2015. However, the Debtors did not make the payment required by the Plan.  The Debtors thus committed a post-confirmation default that entitles Wheeler to stay relief for "cause" pursuant to 11 U.S.C. § 362(d)(1).  The Court should therefore modify the stay to allow Wheeler to complete the process to obtain a tax deed to the Property.

---

[1]  Undefined terms in this Introduction shall have the meanings set forth herein below.

{11517-001 MOT A0422734.DOCX 3}

## **Background**

### A.  The Tax Sale

2.      The Debtors own the real property located at 1374 West Grand Avenue, Chicago, Illinois, Permanent Real Estate Number 17-08-124-022-0000 (the "Property").

3.      Prior to filing bankruptcy, the Debtors failed to pay the property taxes owing to Cook County for the 2010 tax year in the amount of $10,592.98 (the "2010 Taxes").

4.      On August 8, 2012, Wheeler purchased the delinquent 2010 Taxes for the Property at the Cook County Collector's annual tax sale (the "Tax Sale") and received a Certificate of Purchase (the "Certificate") to memorialize the Tax Sale.  A copy of the Certificate of Purchase is attached hereto as Exhibit A.

5.      Upon purchasing the 2010 Taxes, Wheeler obtained a tax lien secured by the property.  *See* 735 ILCS 200/21-75; *In re Lamont*, 740 F.3d 397, 404 (7th Cir. 2014) (noting that purchasers of delinquent taxes hold tax liens under Illinois law).

6.      Prior to filing bankruptcy, the Debtors also failed to pay the first and second installments of property taxes for tax years 2011 and 2012, as well as the first installment for tax year 2013 (collectively, the "Subsequent Taxes").  On November 6, 2012, April 25, 2013, August 22, 2013 and April 2, 2014, respectively, Wheeler paid the Subsequent Taxes.  Copies of the proof of purchases are attached hereto as Group Exhibit B.

7.      Pursuant to 35 ILCS 200/21-350, the Debtors or any other person with an interest in the Property were entitled to redeem the 2010 tax sale by paying the tax sale amount plus interest, all Subsequent Taxes paid by Wheeler plus interest and various costs and fees at any time until two years from the date of the initial tax sale, or by September 8, 2014 (the "Redemption Period").

8.      Wheeler extended the Redemption Period until June 8, 2015, pursuant to 35 ILCS

200/21-385.  Copies of the notices of extensions are attached hereto as <u>Group Exhibit C</u>.

9.      Pursuant to 35 ILCS 200/22-30, on December 10, 2014, Wheeler filed a Petition

for tax deed in the Circuit Court of Cook County which was identified as case number 2014 CoTD

4203.   Thereafter, and pursuant to 35 ILCS 200/22-15, Wheeler timely provided notice of the

expiration date of the Redemption Period to the Debtors and all persons with an interest in the

Property, including mortgagees.  Copies of the Petition, the Statutory notices and proof of service

are attached hereto as <u>Group Exhibit D</u>.

10.     Neither the Debtors nor any other party timely exercised their respective right to

redeem the 2010 Taxes.

**B.  The Bankruptcy Case**

11.     On June 30, 2014, prior to the expiration of the Redemption Period, the Debtors

filed the above-entitled chapter 11 case (the "Case").

12.     The Debtors did not list the 2010 Taxes in their bankruptcy schedules.  *See* Dkt.

No. 22.

13.     The Debtors did not provide notice to Wheeler or Cook County of the Case or the

claims bar date.  *See* Dkt. Nos. 13, 38.

14.     Wheeler only learned of the Case on or about March 1, 2015 when it received a

Certificate of Service of Class 2 Ballots.

15.     On April 15, 2015, the Court entered an order [Dkt. No. 85] confirming (the

"Confirmation Order") the Debtors' *Second Amended Plan of Reorganization* [Dkt. No. 70] (the

"Plan"), as well as an order amending the Plan [Dkt. No. 84] (the "Amendment Order").  Copies

of the Plan and Amendment Order are attached hereto as <u>Group Exhibit E</u>.

16.     Under the Plan, Wheeler was allowed a "Class 2" Claim (the "Wheeler Claim") and was entitled to payment "of the entire balance owed to Wheeler" from the proceeds of the sale of certain real property owned by the Debtors at 1307 Burlington in Lisle, Illinois (the "Lisle Property").  *See* Amendment Order; Plan at 3, 10.

17.     The Plan contemplated that the Debtors would sell the Lisle Property and utilize the proceeds of the sale to pay off the entire amount of the Wheeler Claim.  The Debtors were required to pay off the Wheeler Claim within six months of confirmation, or October 15, 2015.

18.     The Debtors have failed to make any payments to Wheeler.

### **Stay Relief for "Cause" Under § 362(d)(1)**

19.     Section 362(d)(1) of the Bankruptcy Code requires the Court to grant relief from stay "for cause."  11 U.S.C. § 362(d)(1).  "Cause, as used in § 362(d), has no clear definition and is determined on a case-by-case basis."  *In re Fernstrom Storage and Van Co.*, 938 F.2d 731, 735 (7th Cir. 1991) (internal citations omitted).  The Seventh Circuit adopted a three-factor test to determine whether "cause" exists that considers whether:

    a)  Any great prejudice to either the bankrupt estate or the debtor will result from continuation of the civil suit,

    b)  the hardship to the [non-bankrupt party] by maintenance of the stay considerably outweighs the hardship of the debtor, and

    c)  the creditor has a probability of prevailing on the merits.

*Id.*

20.     Court have held that "cause" exists when the debtor fails to comply with the terms of its confirmed plan and commits a "post-confirmation default."[2]  *E.g.*, *In re Quinlan*, 12 B.R.

---

[2] Failure to comply with a confirmed plan also constitutes "cause" to dismiss or convert a chapter 11 case. *See* 11 U.S.C. § 1112(b)(4)(N) ("[T]he term 'cause' includes . . . material default by the debtor with respect to a confirmed plan.").

516, 517 (Bankr. W.D. Wis. 1981) (holding that debtor's unjustified failure to make payment required by chapter 13 plan constituted "cause" for stay relief under § 362(d)(1)); *In re Swift*, 2009 WL 535986, at *3 (Bankr. N.D. Ill. 2009) (granting motion for relief from stay after debtor failed to make chapter 13 plan payments); *In re Continental Airlines*, 134 B.R. 536, 542 (Bankr. D. Del. 1991) (noting that a post-confirmation default constitutes "cause" under § 362(d)(1)); *see In re Morrow*, 495 B.R. 378, 387 (Bankr. N.D. Ill. 2013) (Barnes, J.) (noting that, after a plan is confirmed, cause under § 362(d)(1) "is, most specifically, the debtor's adherence to or deviation from its plan"); *In re Jones*, 2011 WL 748427, at *2 ("The only possible legitimate causes of action for the relief from the stay after confirmation would relate to matters occurring after confirmation, such as failure to receive periodic payments").

21.     In the context of tax sales, courts in this Circuit have held that a post-confirmation default entitles a tax purchaser to relief from the automatic stay to obtain a tax deed.[3] *E.g., In re Bates*, 270 B.R. 455, 468 (Bankr. N.D. Ill. 2001) (noting that, "if the debtor fails to make the required plan payments, the tax purchaser may enforce its state law lien rights").  The Seventh Circuit has adopted Judge Wedoff's reasoning in *Bates*.  *See In re Lamont*, 740 F.3d 397, 409 (7th Cir. 2014) (noting that "[h]ow a Chapter 13 plan operates in the tax sale context has been correctly explained in [*Bates*].").

---

[3] Wheeler has been unable to find a case in the Seventh Circuit addressing stay relief for a tax purchaser in a chapter 11 case after a post-confirmation default, as opposed to a chapter 13 case. *See In re Bovino*, 496 B.R. 492, 504 (Bankr. N.D. Ill. 2013) ("To this court's knowledge, spreading delinquent real estate tax payments past the redemption period has not been dealt with in the context of a chapter 11").  But this is of no import—after a plan is confirmed, there is no reason that a lienholder's rights under § 362(d)(1) in a chapter 13 case would change in a chapter 11.  *See id.*

## Argument

22.     **The Debtors' post-confirmation default entitles Wheeler to stay relief.** "Cause" exists in this case to lift the stay. When the Debtors failed to pay the Wheeler Claim by October 15, 2015, as required by the Plan, they committed a material, post-confirmation default.

23.     Illinois law provides that a tax purchaser is entitled to receive a tax deed to the property after the redemption period has expired. *See* 35 ILCS 200/22-40(a). Addressing the rights of tax purchasers in a chapter 13, the Seventh Circuit recently explained that tax purchasers are lienholders, with a special distinction—"[t]he peculiarity of his interest is that, if the debtors' real property is not redeemed, he may obtain not just the value of his lien, but may take the real property in its entirety." *In re Lamont*, 740 F.3d at 406. If a debtor files bankruptcy before expiration of the redemption period—as the Debtors did here—the debtor may treat the tax purchaser's claim in a chapter 11 plan of reorganization. *Bovino*, 496 B.R. at 504 (holding that a debtor may pay a tax purchaser's claim through a chapter 11 plan "as opposed to prior to the redemption period"); *see Lamont*, 740 F.3d at 409 (holding that a tax purchaser has a claim that may be treated in bankruptcy). But if the debtor does not comply with the plan, the tax purchaser is entitled to enforce his state law rights and obtain a tax deed. *See Lamont*, 740 F.3d at 409 (noting that "expiration of the redemption period does not affect the validity of the plan or necessitate a modification of the automatic stay *so long as the debtors comply with the plan*") (emphasis added); *Bates*, 270 B.R. at 468 (noting that, "if the debtor fails to make the required plan payments, the tax purchaser may enforce its state law lien rights").

24.     Here, the Debtors' failure to pay the Wheeler Claim according to the terms of the Plan is a post-confirmation default that amounts to "cause" under § 362(d)(1). *See Morrow*, 495 B.R. at 387 (post-confirmation plan default constitutes "cause" under § 362(d)(1)). Accordingly,

the Court should grant Wheeler relief from the automatic stay to "enforce its state law lien rights." *Bates*, 270 B.R. at 468.

25.     To the extent that the Court finds the *Fenstrom* factors applicable, each of them weighs in favor of stay relief. The potential harm to Wheeler far exceeds any harm to the Debtors or the bankruptcy estate if the stay is lifted. As explained above, Wheeler holds a vested right to a tax deed to the Property now that the Redemption Period has expired and the Debtors have failed to comply with the terms of the Plan. *See Bates*, 270 B.R. at 468; *see also Fernstrom*, 938 F.2d at 737 (holding that the advanced stage of prepetition litigation weighs more heavily in favor of granting stay relief for "cause"). Denying stay relief will preclude Wheeler from exercising this right. The Debtors, on the other hand, have had every opportunity to pay off the 2010 Taxes and the Wheeler Claim—first, at the time the taxes were due, then through the state law redemption procedures, and finally through the confirmed chapter 11 Plan—but have failed to so do. The Court should not permit the Debtors to benefit from their chronic delinquency at Wheeler's expense.

26.     Further, Wheeler has a strong likelihood of "prevailing on the merits" outside of bankruptcy court. *Fernstrom*, 938 F.2d at 735. As explained above, Wheeler purchased the 2010 Taxes at the Tax Sale and paid the Subsequent Taxes on the Property. *See* 35 ILCS 200/21-10, 35 ILCS 200/21-30, 35 ILCS 200/22-40(a); Exhibits A and B. Wheeler timely filed its petition for a tax deed and properly notified all necessary parties of the redemption deadlines. *See* 35 ILCS 200/22-10, 35 ILCS 200/22-30; Exhibits C and D. Wheeler has complied with the necessary procedures of the Property Tax Code and is entitled to receive a tax deed to the Property. Thus all of the *Fernstrom* factors weigh heavily in favor of granting stay relief.

## Notice

27.     In accordance with Fed. R. Bankr. P. 4001(a), Wheeler has caused notice of this

motion to be served on the Debtor's list of twenty largest creditors and all other parties requesting

notice in this Case.  *See* Fed. R. Bankr. P. 4001(a)(1).

## Conclusion

28.     For these reasons, Wheeler respectfully requests that the Court (i) grant relief from

the automatic stay to permit Wheeler to take all actions necessary to obtain a tax deed to the

Property; and (ii) grant such other just and appropriate relief.

Dated: November 19, 2015                    Respectfully submitted,

                                            WHEELER FINANCIAL, INC.

                                            By   /s/ Robert M. Fishman
                                                 One of their attorneys

Robert M. Fishman (3124316)
David R. Doyle (6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
rfishman@shawfishman.com
ddoyle@shawfishman.com

# **EXHIBIT A**

CERTIFICATE OF PURCHASE

STATE OF ILLINOIS )
                    ) ss
COUNTY OF COOK     )

CERTIFICATE NUMBER 10-0015912

--CERTIFICATE OF PURCHASE--

FOR GENERAL TAXES AND SPECIAL ASSESSMENTS, A.D. 2010 , ETC.

I, DAVID D. ORR, County Clerk in and for the County and State aforesaid
DO HEREBY CERTIFY THAT **WHEELER    FINANCIAL** did, on the day hereinafter set
forth , purchase at Public Auction, at the Court House in CHICAGO, the property designated by
PERMANENT REAL ESTATE NUMBER **1 7 - 0 8 - 1 2 4 - 0 2 2 - 0 0 0 0**, situated in said County for
the taxes , interest and costs due and unpaid thereon for the tax year 2010 and prior and paid
as purchase money on said property the total amount of taxes, interest and costs thereon as
stated herein.

VOLUME  **5 8 9**          PERMANENT INDEX NUMBER  **1 7 - 0 8 - 1 2 4 - 0 2 2 - 0 0 0 0**

| TAXES | Date of Sale | Rate of Percent Sold | | | Total Amt. of TAXES and Interest | Date Paid |
|---|---|---|---|---|---|---|
| GENERAL 2010 | 08/08/12 | 0.00 | Tax Interest | 8,788.32 1,804.66 | | 08/08/12 |
| | | | | | 10,592.98 | |
| BACK TAX YRS – | | | Tax Interest | | | |
| SPECIAL ASSESSMENT 2011 | | | Tax Interest | | | |
| STATUTORY TREASURER FEES | | | | | 200.00 | |
| STATUTORY CLERK FEES | | | | | 47.00 | |
| PRIOR YEARS' SPECIAL & GENERAL TAXES | | | | | | |
| 20 | | | | | | |
| 20 | | | | | | |
| 20 | | | | | | |
| 20 | | | | | | |
| TOTAL | | | | | 10,839.98 | |

Received this  13  day of  **SEPTEMBER** , 2012  , the sum of $  10,839.98  the
amount of the purchase money on the above property.

If the aforesaid property is not redeemed in the manner and within the time provided
by law, the above-named purchaser, his heirs or assigns, will, upon application and compliance
with the provisions of law pertaining thereto, be entitled to receive a deed of conveyance
for said real estate herein described by said permanent index number; provided that unless the
holder of this certificate shall take out said deed, as entitled by law, and file same for
record within one year from and after expiration of the time of redemption, the said certificate
or deed, and the sale upon which it is based, shall from and after the expiration of one year,
be absolutely null.

WITNESS my hand and the official seal at CHICAGO in said County
this    13    day of  **SEPTEMBER, A.D., 2012**

Assessee

Countersigned:

_Maria Pappas_
County Treasurer and Ex-Officio Collector
of Cook County

_David D. Orr_
County Clerk of Cook County



THIS DOCUMENT HAS A COLORED BACKGROUND. ANY ERASURES VOID THIS CERTIFICATE

# GROUP EXHIBIT B

## OFFICE OF THE COOK COUNTY CLERK
### TAX BUYER POSTING REQUEST FORM
### FOR SUBSEQUENT TAXES AND FEE'S

COOK COUNTY CLERK
TAX REDEMPTION

12 NOV -6 PM 2:06

REC'D BY

SUBMITTED BY **WHEELER FINANCIAL, INC.**

VOLUME NUMBER 589

INDEX NUMBER 17-08-124-022-0000

TAX SALE YEAR: 2010
(ANNUAL SALE & FORFEITURE SALES)

SCAVENGER SALE YEAR: N/A

CERTIFICATE NO: 10-0015912

| TYPE | AMOUNT | ** SUBSEQUENT TAXES ("T") | | | |
|---|---|---|---|---|---|
| FILING ........(F) | | INST: | YEAR | DATE PAID | TOTAL |
| ......................... | | 1st | 2011 | 11/06/2012 | $5,566.08 |
| *PETITION FEE (B) | | | | | |
| COURT CASE NO. | | 2nd | 2011 | 11/06/2012 | $4,153.28 |
| ADVERTISING (A) | | | | | $ |
| SHERIFF.............(S) | | | | | $ |
| ......................... | | | | | |
| ......................... | | **MISCELLENOUS POSTING** | | | |
| MAILING..........(M) | | | | (X) | $ |
| ......................... | | | | (X) | $ |
| ......................... | | | | (X) | $ |
| LIS PENDENS...(X) | | | | | |

*TOTAL OF ALL FEE'S TO BE POSTED PER THIS REQUEST* **$9,719.36**

*PLEASE NOTE $35.00 FEE WHEN POSTING FILING UNDER PETITION FEE.*
**PLEASE INCLUDE INDEMNITY FUND AS PART OF TAX AMOUNT WHEN APPLICABLE.**

### FOR OFFICE USE

POSTED BY: _____ DATE: 11-21-12

DATA ENTRY BY: _____ DATE: _____

PROOFED BY: _____ DATE: _____



**Sub Tax Electronic Payment System**

**Cook County Treasurer Sub Tax E-Receipt**

---

**Volume Number 589**    **Property Index Number (PIN) 17-08-124-022-0000**

| | |
|---|---|
| Buyer Name | WHEELER FINANCIAL INC |
| Buyer Number | 20090071 |
| Certificate Number | 10-0015912 |
| Receipt Number | 0000211727 |
| Confirmation Number | 0000024540 |
| Transaction Date | 11-06-2012 |
| Transaction Time | 11:15 |

| | |
|---|---|
| Tax Year | 2011 |
| Installment | 2 |
| Annual Tax Sale Year | 2010 |

| | |
|---|---|
| Tax Amount Paid 1 | $4,833.58 |
| Penalty Amount 1 | $652.50 |
| Publication Costs 1 | $0.00 |

| | |
|---|---|
| Tax Amount Paid 2 | $3,918.20 |
| Penalty Amount 2 | $235.08 |
| Publication Costs 2 | $0.00 |

| | |
|---|---|
| Indemnity Fee | $80.00 |

| | |
|---|---|
| Total Tax Paid | $8,751.78 |
| Total Penalties Paid | $887.58 |
| Total Fees Paid | $80.00 |

| | |
|---|---|
| Total Paid | $9,719.36 |

*handwritten: 1st 5566.08  2nd 4193.28*

---

## OFFICE OF THE COOK COUNTY CLERK
### TAX BUYER POSTING REQUEST FORM
### FOR SUBSEQUENT TAXES AND FEE'S

TAX REDEMPTION
RECEIVED AND FILED

13 APR 25 PM 3: 23

DAVID D. ORR
COOK COUNTY CLERK

SUBMITTED BY **WHEELER FINANCIAL, INC.**

VOLUME NUMBER  589

INDEX NUMBER  17-08-124-022-0000

TAX SALE YEAR:  2010
(ANNUAL SALE & FORFEITURE SALES)

SCAVENGER SALE YEAR:  N/A

CERTIFICATE NO:  10-0015912

| TYPE | AMOUNT | ** SUBSEQUENT TAXES ("T") | | | |
|---|---|---|---|---|---|
| FILING .......(F) | | INST: | YEAR | DATE PAID | TOTAL |
| ......................... | | 1st | 2012 | 04/25/2013 | **$5,037.88** |
| *PETITION FEE (B) | | | | | |
| COURT CASE NO. | | | | 04/25/2013 | |
| ADVERTISING (A) | | | | | $ |
| SHERIFF.............(S) | | | | | $ |
| ......................... | | | | | |
| ......................... | | MISCELLENOUS POSTING | | | |
| MAILING..........(M) | | | | (X) | $ |
| ......................... | | | | (X) | $ |
| ......................... | | | | (X) | $ |
| LIS PENDENS...(X) | | | | | |

**TOTAL OF ALL FEE'S TO BE POSTED PER THIS REQUEST**  $5,037.88

*PLEASE NOTE $35.00 FEE WHEN POSTING FILING UNDER PETITION FEE.*
**PLEASE INCLUDE INDEMNITY FUND AS PART OF TAX AMOUNT WHEN APPLICABLE.**

### FOR OFFICE USE

POSTED BY: _MM_____ DATE: _5·1·13_____

DATA ENTRY BY: _____ DATE: _____

PROOFED BY: _____ DATE: _____

Close This Window    Print This Page



**Sub Tax Electronic Payment System**

**Cook County Treasurer Sub Tax E-Receipt**

---

**Volume Number 589**    **Property Index Number (PIN) 17-08-124-022-0000**

| | |
|---|---|
| Buyer Name | WHEELER FINANCIAL INC |
| Buyer Number | 20090071 |
| Certificate Number | 10-0015912 |
| Receipt Number | 0000226657 |
| Confirmation Number | 0000026378 |
| Transaction Date | 04-25-2013 |
| Transaction Time | 13:26 |
| | |
| Tax Year | 2012 |
| Installment | 1 |
| Annual Tax Sale Year | 2010 |
| | |
| Tax Amount Paid 1 | $4,813.48 |
| Penalty Amount 1 | $144.40 |
| Publication Costs 1 | $0.00 |
| | |
| Tax Amount Paid 2 | $0.00 |
| Penalty Amount 2 | $0.00 |
| Publication Costs 2 | $0.00 |
| | |
| Indemnity Fee | $80.00 |
| | |
| Total Tax Paid | $4,813.48 |
| Total Penalties Paid | $144.40 |
| Total Fees Paid | $80.00 |
| | |
| Total Paid | $5,037.88 |

---

## OFFICE OF THE COOK COUNTY CLERK

### TAX BUYER POSTING REQUEST FORM
### FOR SUBSEQUENT TAXES AND FEE'S

TAX REDEMPTION
RECEIVED AND FILED

SUBMITTED BY **WHEELER FINANCIAL, INC.**

2013 AUG 22 PM 3: 24

VOLUME NUMBER  589

INDEX NUMBER  17-08-124-022-0000

DAVID ORR
COOK COUNTY CLERK

TAX SALE YEAR:  2010
(ANNUAL SALE & FORFEITURE SALES)

SCAVENGER SALE YEAR:  N/A

CERTIFICATE NO:  10-0015912

| TYPE | AMOUNT | ** SUBSEQUENT TAXES ("T") | | | |
|------|--------|-------|------|-----------|-------|
| | | INST: | YEAR | DATE PAID | TOTAL |
| FILING .......(F) | | | | 08/22/2013 | |
| ........................ | | | | | |
| *PETITION FEE (B) | | | | | |
| COURT CASE NO. | | 2nd | 2012 | 08/22/2013 | $4,094.23 |
| ADVERTISING (A) | | | | | $ |
| SHERIFF.............(S) | | | | | $ |
| ........................ | | | | | |
| ........................ | | MISCELLENOUS POSTING | | | |
| MAILING..........(M) | | | | (X) | $ |
| ........................ | | | | (X) | $ |
| ........................ | | | | (X) | $ |
| LIS PENDENS...(X) | | | | | |

**TOTAL OF ALL FEE'S TO BE POSTED PER THIS REQUEST**   **$4,094.23**

*PLEASE NOTE $35.00 FEE WHEN POSTING FILING UNDER PETITION FEE.
**PLEASE INCLUDE INDEMNITY FUND AS PART OF TAX AMOUNT WHEN APPLICABLE.

### FOR OFFICE USE

POSTED BY: _____   DATE: 9-6

DATA ENTRY BY: _____   DATE: _____

PROOFED BY: _____   DATE: _____



**Sub Tax Electronic Payment System**

**Cook County Treasurer Sub Tax E-Receipt**

---

**Volume Number 589**  **Property Index Number (PIN) 17-08-124-022-0000**

| | |
|---|---|
| Buyer Name | WHEELER FINANCIAL |
| Buyer Number | 20100061 |
| Certificate Number | 10-0015912 |
| Receipt Number | 0000233480 |
| Confirmation Number | 0000027423 |
| Transaction Date | 08-22-2013 |
| Transaction Time | 11:48 |
| | |
| Tax Year | 2012 |
| Installment | 2 |
| Annual Tax Sale Year | 2010 |
| | |
| Tax Amount Paid 1 | $0.00 |
| Penalty Amount 1 | $0.00 |
| Publication Costs 1 | $0.00 |
| | |
| Tax Amount Paid 2 | $4,033.72 |
| Penalty Amount 2 | $60.51 |
| Publication Costs 2 | $0.00 |
| | |
| Indemnity Fee | $0.00 |
| | |
| Total Tax Paid | $4,033.72 |
| Total Penalties Paid | $60.51 |
| Total Fees Paid | $0.00 |
| | |
| **Total Paid** | **$4,094.23** |

---

## OFFICE OF THE COOK COUNTY CLERK

### TAX BUYER POSTING REQUEST FORM
### FOR SUBSEQUENT TAXES AND FEE'S

*TAX REDEMPTION*
*RECEIVED AND FILED*
*14 APR -2 PM 2:42*
*DAVID D. ORR*
*COOK COUNTY CLERK*

**SUBMITTED BY**   **WHEELER FINANCIAL, INC.**

**VOLUME NUMBER** 589

**INDEX NUMBER** 17-08-124-022-0000

**TAX SALE YEAR:** 2010             **SCAVENGER SALE YEAR:** N/A
(ANNUAL SALE & FORFEITURE SALES)

**CERTIFICATE NO:** 10-0015912

---

| TYPE | AMOUNT | ** SUBSEQUENT TAXES ("T") | | | |
|------|--------|---------|------|-----------|-------|
| | | INST: | YEAR | DATE PAID | TOTAL |
| FILING .......(F) | | | | | |
| ...................... | | **1st** | **2013** | **04/02/2014** | **$5,093.94** |
| *PETITION FEE (B) | | | | | |
| COURT CASE NO. | | | | 04/02/2014 | |
| ADVERTISING (A) | | | | | $ |
| SHERIFF.............(S) | | | | | $ |
| ...................... | | | | | |
| ...................... | | | MISCELLENOUS POSTING | | |
| MAILING..........(M) | | | | (X) | $ |
| ...................... | | | | (X) | $ |
| ...................... | | | | (X) | $ |
| LIS PENDENS...(X) | | | | | |

**TOTAL OF ALL FEE'S TO BE POSTED PER THIS REQUEST**   **$5,093.94**

*\*PLEASE NOTE $35.00 FEE WHEN POSTING FILING UNDER PETITION FEE.*
*\*\*PLEASE INCLUDE INDEMNITY FUND AS PART OF TAX AMOUNT WHEN APPLICABLE.*

---

### FOR OFFICE USE

**POSTED BY:** GCS            **DATE:** 4.11.14

**DATA ENTRY BY:** _____            **DATE:** _____

**PROOFED BY:** _____            **DATE:** _____

4/2/2014    Cook County Treasurer - Receipt Trans



**Sub Tax Electronic Payment System**

**Cook County Treasurer Sub Tax E-Receipt**

---

### Volume Number 589    Property Index Number (PIN) 17-08-124-022-0000

| | |
|---|---|
| Buyer Name | WHEELER FINANCIAL INC |
| Buyer Number | 20090071 |
| Certificate Number | 10-0015912 |
| Receipt Number | 0000256127 |
| Confirmation Number | 0000030209 |
| Transaction Date | 04-02-2014 |
| Transaction Time | 10:48 |
| | |
| Tax Year | 2013 |
| Installment | 1 |
| Annual Tax Sale Year | 2010 |
| | |
| Tax Amount Paid 1 | $4,865.96 |
| Penalty Amount 1 | $145.98 |
| Publication Costs 1 | $0.00 |
| | |
| Tax Amount Paid 2 | $0.00 |
| Penalty Amount 2 | $0.00 |
| Publication Costs 2 | $0.00 |
| | |
| Indemnity Fee | $80.00 |
| Convenience Fee | $1.00 |
| Enhanced Processing Fee | $1.00 |
| | |
| Total Tax Paid | $4,865.96 |
| Total Penalties Paid | $145.98 |
| Total Publication Costs | $0.00 |
| | |
| Total Fees Paid | $82.00 |
| | |
| **Total Paid** | **$5,093.94** |

---

# GROUP EXHIBIT C

WHEELER FINANCIAL, INC.

<u>NOTICE OF EXTENSION OF PERIOD OF REDEMPTION</u>

YEAR SOLD _____ 2010

VOLUME _____ 589

CERTIFICATE OF PURCHASE NO. _____ 10-0015912

PERMANENT INDEX NO. _____ 17-08-124-022-0000

DATE OF SALE _____ 08/08/2012

EXTENDED REDEMPTION DATE _____ 02/11/2015

TO THE COUNTY CLERK OF COOK COUNTY, ILLINOIS:

WHEELER FINANCIAL, INC. holder of said Certificate of Purchase, does hereby extend the
expiration of the period of redemption to and including the date indicated above.

WHEELER FINANCIAL, INC.

By _____, Agent

Dated this 20th day of November, 2012

  NOV 20 2012 

**WHEELER FINANCIAL, INC.**
120 N LASALLE ST, SUITE 1350
CHICAGO, IL 60602

## NOTICE OF EXTENSION OF PERIOD OF REDEMPTION

| | |
|---|---|
| YEAR SOLD | 2010 |
| VOLUME | 589 |
| CERTIFICATE OF PURCHASE NO. | 10-0015912 |
| PERMANENT INDEX NO. | 17-08-124-022-0000 |
| DATE OF SALE | 08/08/2012 |
| EXTENDED REDEMPTION DATE | 06/08/2015 |

TO THE COUNTY CLERK OF COOK COUNTY, ILLINOIS:

WHEELER FINANCIAL, INC. holder of said Certificate of Purchase, does hereby extend the expiration of the period of redemption to and including the date indicated above.

WHEELER FINANCIAL, INC.

By_____, Agent

Dated this 8th day of December, 2014.

RECEIVED BY
COOK CO. CLERK'S OFFICE
DEC. 09 2014
DAVID ORR
TAX REDEMPTION

# GROUP EXHIBIT D

TO:
RAMON AGUIRRE
4599 HATCH LN
LISLE IL 60532

## TAKE NOTICE

Co. Ck. Notices
($13.40)+$4.00=17.40   NOV 27 2012 MB

| | |
|---|---|
| County of | Cook |
| Date Premises Sold | 08/08/2012 |
| Certificate No. | 10-0015912 |
| Sold for General Taxes of (year) | 2010 |
| Sold for Special Assessment of (Municipality) | |
| and special assessment number | N/A |
| Warrant No.   N/A   Inst. No.   N/A | |

## THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES

Property located at
1374 W GRAND AVE
CHICAGO, IL 60642

Legal Description or Property Index No.   17-08-124-022-0000   Volume  589

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on  February 11, 2015 .

This notice is also to advise you that a petition will be filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before February 11, 2015 .

At the date of this notice the total amount which you must pay in order to redeem the above property is  $ 21,756.06 .

## YOU ARE URGED TO REDEEM IMMEDIATELY
## TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before  February 11, 2015  by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois.

The above amount is subject to increase at 6 month intervals from the date of sale.  Check with the county clerk as to the exact amount you owe before redeeming.  Payment must be made by certified check, cashier's check, money order, or in cash.

**For further information contact the County Clerk**
**ADDRESS:  118 North Clark Street, Room 434, Chicago, Illinois 60602**
**TELEPHONE:  (312)  603-5645**

WHEELER FINANCIAL, INC.
Purchaser or Assignee
Dated this 27th day of November, 2012.

STATE OF ILLINOIS )
)
COUNTY OF COOK )

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - COUNTY DIVISION**

IN THE MATTER OF THE APPLICATION OF THE )
COUNTY TREASURER FOR JUDGMENT AND )
ORDER OF SALE AGAINST LANDS AND LOTS )
RETURNED DELINQUENT FOR NON-PAYMENT OF )   NO.
GENERAL TAXES AND / OR SPECIAL )
ASSESSMENTS FOR THE YEAR 2010 AND PRIOR )   CERTIFICATE(S):
YEARS )
)   10-0015912
)
WHEELER FINANCIAL, INC., Petitioner )

**PETITION FOR TAX DEED**

Now comes WHEELER FINANCIAL, INC., Petitioner, by The Law Offices of David R. Gray, Jr.,
Ltd., its attorney, and states as follows:

1. The following described real estate was sold at the sale of lands and lots for nonpayment of
general taxes and/or special assessments for the year 2010 pursuant to the judgement and
order of sale in the above entitled County Collector's application for judgment and order of sale,
and your Petitioner is the owner and holder of the Certificate of Purchase issued pursuant
thereto, a true and correct copy of which is attached hereto as Exhibit A, to-wit:

See Exhibit B attached.

Permanent Index Number(s): 17-08-124-022-0000

2. The said parcel of real estate has not been redeemed from said tax sale as of the date of
filing this Petition.

3. Upon compliance with all of the provisions of law relating thereto, Petitioner will be entitled to
the entry of an order directing the County Clerk to issue a tax deed conveying the said parcel of
real estate to Petitioner unless redemption is made within the time and in the manner provided
by law.

WHEREFORE, Petitioner prays:

(a) That the Court may enter an order directing the County Clerk to issue a tax deed conveying
the above described parcel of real estate to Petitioner if said parcel of real estate shall not be
redeemed within the time and in the manner provided by law.

(b) That the Court may enter such orders and issue such writs as may be necessary or
desirable to maintain Petitioner or its assigns as grantee of said tax deed in possession of said
parcel of real estate.

(c)  Petitioner further asks that if the Court should find that Petitioner shall have failed to comply with the requirements of Sections 22-5 through 22-35 of the Property Tax Code (35 ILCS 200/22-5 through 200/22-35), said sale(s) be ordered a sale in error and the sale price and all subsequently paid taxes and all costs be refunded to your Petitioner in accordance with section 22-50 of the Property Tax Code (35 ILCS 200/22-50).

(d)  That the Court may enter such other and further orders as may be just and proper in the premises.

WHEELER FINANCIAL, INC., Petitioner

By:_____

Its Attorney

The Law Offices of David R. Gray Jr., Ltd., #39662
120 North LaSalle
Suite 1350
Chicago, Illinois 60602
(312) 346-5486

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

CERTIFICATE NUMBER 10-0015912

--CERTIFICATE OF PURCHASE--

FOR GENERAL TAXES AND SPECIAL ASSESSMENTS, A.D. 2010 , ETC.

I, DAVID D. ORR, County Clerk in and for the County and State aforesaid DO HEREBY CERTIFY THAT **WHEELER FINANCIAL** did, on the day hereinafter set forth , purchase at Public Auction, at the Court House in CHICAGO, the property designated by PERMANENT REAL ESTATE NUMBER 1 7 - 0 8 - 1 2 4 - 0 2 2 - 0 0 0 0, situated in said County for the taxes, interest and costs due and unpaid thereon for the tax year 2010 and prior and paid as purchase money on said property the total amount of taxes, interest and costs thereon as stated herein.

VOLUME 5 8 9    PERMANENT INDEX NUMBER 1 7 - 0 8 - 1 2 4 - 0 2 2 - 0 0 0 0

| TAXES | Date of Sale | Rate of Percent Sold | | | Total Amt. of TAXES and Interest | Date Paid |
|-------|--------------|----------------------|---|---|------------------------------------|-----------|
| GENERAL 2010 | 08/08/12 | 0.00 | Tax | 8,788.32 | | 08/08/12 |
| | | | Interest | 1,804.66 | | |
| | | | | | 10,592.98 | |
| BACK TAX YRS - | | | Tax | | | |
| | | | Interest | | | |
| SPECIAL ASSESSMENT 2011 | | | Tax | | | |
| | | | Interest | | | |
| STATUTORY TREASURER FEES | | | | | 200.00 | |
| STATUTORY CLERK FEES | | | | | 47.00 | |
| PRIOR YEARS' SPECIAL & GENERAL TAXES | | | | | | |
| 20 | | | | | | |
| 20 | | | | | | |
| 20 | | | | | | |
| 20 | | | | | | |
| TOTAL | | | | | 10,839.98 | |

Received this 13 day of **SEPTEMBER** , 2012 the sum of $ 10,839.98 the amount of the purchase money on the above property.

If the aforesaid property is not redeemed in the manner and within the time provided by law, the above-named purchaser, his heirs or assigns, will, upon application and compliance with the provisions of law pertaining thereto, be entitled to receive a deed of conveyance for said real estate herein described by said permanent index number; provided that unless the holder of this certificate shall take out said deed, as entitled by law, and file same for record within one year from and after expiration of the time of redemption, the said certificate or deed, and the sale upon which it is based, shall from and after the expiration of one year, be absolutely null.

WITNESS my hand and the official seal at CHICAGO in said County this 13 day of **SEPTEMBER**, A.D. 2012

Assessee:

Countersigned:

*Maria Pappas*
County Treasurer and Ex-Officio Collector
of Cook County

*David D. Orr*
County Clerk of Cook County

**EXHIBIT A**

THIS DOCUMENT HAS A COLORED BACKGROUND. ANY ERASURES VOID THIS CERTIFICATE

LOT 4 IN THE RESUBDIVISION OF LOT 4 IN ASSESSOR'S DIVISION OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION 8, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 11, 1883 AS DOCUMENT 474760, IN COOK COUNTY, ILLINOIS.

**EXHIBIT B**

TAX DEED NO.: __2014 COTD 004203__                    FILED: __12/10/2014__

## TAKE NOTICE

County of _____**Cook**_____

Date Premises Sold _____**08/08/2012**_____

Certificate No. __10-0015912__

Sold for General Taxes of (year) _____**2010**_____

Sold for Special Assessment of (Municipality)

and special assessment number _____**NOT APPLICABLE**_____

Warrant No. __**NOT APPLICABLE**__          Inst. No. __**NOT APPLICABLE**__

### THIS PROPERTY HAS BEEN SOLD FOR
### DELINQUENT TAXES

Property Located at __**1374 W GRAND AVE., CHICAGO, IL 60642**__

Legal Description or Property Index No. __**17-08-124-022-0000**__

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on __06/08/2015__.

The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before __06/08/2015__.

This matter is set for hearing in the Circuit Court of this county in the Richard J. Daley Center, 50 W. Washington Street, Courtroom 1704, Chicago, Illinois on __07/01/2015__ at 9:30 a.m.

You may be present at this hearing but your right to redeem will already have expired at that time.

### YOU ARE URGED TO REDEEM IMMEDIATELY
### TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before __06/08/2015__ by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois.

**For further information contact the County Clerk**
**ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602**
**TELEPHONE: (312) 603-5645**

__**WHEELER FINANCIAL, INC.**__
Purchaser or Assignee.
Dated this 22nd day of December, 2014.

Number of Parties: 9

Certificate of Mailing

IN THE CIRCUT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, COUNTY DIVISION

IN THE MATTER OF THE APPLICATION OF THE
COUNTY TREASURER, ETC.

)
)
)
)                    Case No.  2014 COTD 004203
)
WHEELER FINANCIAL, INC., Petitioner        )

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, in and for said County, in the State of Illinois, do hereby certify that on _____ I sent by mail postage prepaid, a Notice, a copy of which is hereto attached, marked "Exhibit A," to the following parties and addressed as follows:

One Copy to:    BELLA NOTTE UNIT 3,
                1374 W GRAND AVE CHICAGO, IL 60642

One Copy to:    BERTHA AGUIRRE,
                4599 HATCH LANE LISLE, IL 60532

One Copy to:    OCCUPANT UNIT 1,
                1374 W GRAND AVE CHICAGO, IL 60642

One Copy to:    OCCUPANT UNIT 2,
                1374 W GRAND AVE CHICAGO, IL 60642

One Copy to:    R.G. RESTAURANT, INC. D/B/A BELLA NOTTE
                C/O Jesse White Illinois Secretary of State,
                69 West Washington, Room 1240 Chicago, IL 60602

One Copy to:    R.G. RESTAURANT, INC. D/B/A BELLA NOTTE
                C/O RAMON AGUIRRE,
                1372 WEST GRAND AVENUE CHICAGO, IL 60622

One Copy to:    RAMON AGUIRRE,
                1374 W GRAND AVE CHICAGO, IL 60642

                                                    Clerk

10-0015912

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

One Copy to:  RAMON AGUIRRE,
              4599 HATCH LANE LISLE, IL 60532

One Copy to:  VICTOR ARTHUR AGUIRRE,
              1374 W GRAND AVE - UNIT 3 CHICAGO, IL 60642

_____

                                              Clerk

10-0015912

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

**TAKE NOTICE**

Case No.        <u>2014 COTD 004203</u>

1)        BELLA NOTTE UNIT 3,
          1374 W GRAND AVE CHICAGO, IL 60642

2)        BERTHA AGUIRRE,
          4599 HATCH LANE LISLE, IL 60532

3)        OCCUPANT UNIT 1,
          1374 W GRAND AVE CHICAGO, IL 60642

4)        OCCUPANT UNIT 2,
          1374 W GRAND AVE CHICAGO, IL 60642

5)        R.G. RESTAURANT, INC. D/B/A BELLA NOTTE
          C/O Jesse White Illinois Secretary of State,
          69 West Washington, Room 1240 Chicago, IL 60602

6)        R.G. RESTAURANT, INC. D/B/A BELLA NOTTE
          C/O RAMON AGUIRRE,
          1372 WEST GRAND AVENUE CHICAGO, IL 60622

7)        RAMON AGUIRRE,
          1374 W GRAND AVE CHICAGO, IL 60642

8)        RAMON AGUIRRE,
          4599 HATCH LANE LISLE, IL 60532

9)        VICTOR ARTHUR AGUIRRE,
          1374 W GRAND AVE - UNIT 3 CHICAGO, IL 60642

_____
                                                        Clerk

10-0015912

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

TAX DEED NO.: __2014 COTD 004203__                    FILED: __12/10/2014__

**TAKE NOTICE**

County of           **Cook**

Date Premises Sold     **08/08/2012**

Certificate No. __10-0015912__

Sold for General Taxes of (year)     **2010**

Sold for Special Assessment of (Municipality)

and special assessment number     **NOT APPLICABLE**

Warrant No.     **NOT APPLICABLE**     Inst. No.     **NOT APPLICABLE**

**THIS PROPERTY HAS BEEN SOLD FOR
DELINQUENT TAXES**

Property Located at     __1374 W GRAND AVE., CHICAGO, IL 60642__

Legal Description or Property Index No.     __17-08-124-022-0000__

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on __06/08/2015__.

The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before __06/08/2015__.

This matter is set for hearing in the Circuit Court of this county in the Richard J. Daley Center, 50 W. Washington Street, Courtroom 1704, Chicago, Illinois on __07/01/2015__ at 9:30 a.m.

You may be present at this hearing but your right to redeem will already have expired at that time.

**YOU ARE URGED TO REDEEM IMMEDIATELY
TO PREVENT LOSS OF PROPERTY**

Redemption can be made at any time on or before __06/08/2015__ by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois.

**For further information contact the County Clerk
ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602
TELEPHONE: (312) 603-5645**

Dated this 22nd day of December, 2014.

MAIL TO THE FOLLOWING PARTIES:
(See Reverse Side)

Clerk of the Circuit Court

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

WHEELER FINANCIAL
10-0015912

# Chicago Sun-Times
## Certificate of Publication

**ADORDERNUMBER:** 0000912541-01

**PO NUMBER:** 2014COTD004203

**AMOUNT:** 231.00

**NO OF AFFIDAVITS:** 1

TO: BELLA NOTTE: OCCUPANT UNIT 1; R.G. RESTAURANT, INC. D/B/A BELLA NOTTE ; RAMON AGUIRRE; PATRICK DRISCOLL, CPA, CPCU, SFR, CONSULTING REALTOR WITH KELLER WILLIAMS TEAM REALTY ALSO D/B/A NORTHWEST DRISCOLL REAL ESTATE AN AFFILIATE OF KELLER WILLIAMS; JPMORGAN CHASE BANK, N.A. ; VICTOR ARTHUR AGUIRRE; RAMON AGUIRRE; BERTHA AGUIRRE; OCCUPANT UNIT 2; CITY OF WEST CHICAGO ; ABN AMRO MORTGAGE GROUP, INC.; City of Chicago ; JPMORGAN CHASE BANK, N.A.; AND ALL UNKNOWN OWNERS AND PARTIES INTERESTED. TAX DEED NO.: 2014COTD004203 FILED: 12/10/2014 TAKE NOTICE County of Cook Date Premises Sold 08/08/2012 Certificate No. 10-0015912 Sold for General Taxes of (year) 2010 Sold for Special Assessment of (Municipality) and special assessment number Not Applicable Warrant No. Not Applicable Inst. No. Not Applicable THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 1374 W GRAND AVE., CHICAGO, IL 60642 Legal Description or Property Index No. 17-08-124-022-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on 06/08/2015. The amount to redeem is subject to increase at 6 month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before 06/08/2015. This matter is set for hearing in the Circuit Court of this county, in the Richard J. Daley Center, 50 W. Washington Street, Courtroom 1704, Chicago, Illinois on 07/01/2015 at 9:30 am. You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before 06/08/2015 by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk in Chicago, Illinois. FOR FURTHER INFORMATION CONTACT THE COUNTY CLERK ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312)603-5645 WHEELER FINANCIAL, INC., Purchaser or Assignee. Dated this 3rd day of February, 2015.
2/27, 28, 3/1/2015 912541

**State of Illinois - County of**    Cook

Chicago Sun-Times, does hereby certify it has published the attached advertisments in the following secular newspapers. All newspapers meet Illinois Compiled Statue requirements for publication of Notices per Chapter 715 ILCS 5/0.01 et seq. R.S. 1874, P728 Sec 1, EFF. July 1, 1874. Amended by Laws 1959, P1494, EFF. July 17, 1959. Formerly Ill. Rev. Stat. 1991, CH100, Pl.
Note: Notice appeared in the following checked positions.

**PUBLICATION DATE(S):** 02/27/2015, 02/28/2015, 03/01/2015

Chicago Sun-Times

IN WITNESS WHEREOF, the undersigned, being duly authorized, has caused this Certificate to be signed

by

Jeremy Gates
Account Manager - Public Legal Notices

This 1st Day of March 2015 A.D.

WHEELER FINANCIAL
120 N LASALLE STREET, SUITE 2850
CHICAGO, IL 60602

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

**N/C  T.D.**

AFFIDAVIT OF SERVICE

*01662262*

| | | | |
|---|---|---|---|
| CASE NUMBER: 14COTD004203 | MULT.SER. 16 | | DOC. TYPE: TD Bulk (Individual Entry) |
| **DIE DATE: 02/02/2015** | RECEIVED DATE: 1/15/2015 12:00:00 PM | FILED DATE: 12/10/2014 | DIST: 642 SK |

| **DEFENDANT** | **PLANTIFF** |
|---|---|
| AGUIRRE, RAMON | WHEELER FINANCIAL INC |
| 1374 W GRAND AV | **ATTORNEY** |
| CHICAGO, IL 60642 | GRAY JR DAVID R |
| | 120 N LASALLE #1350 |
| | CHICAGO, IL 60602 |
| | (312) 334-1306 |

**ATTACHED FEE AMOUNT:**

**SERVICE INFORMATION:**   6-8-15   **PERSONALLY SERVED**   7614 2/20 0004 1016 5312

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

_____ **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

_____ **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE ____ DAY OF ____ 20 __

_____ **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

_____ **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

_____ **(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

_____ **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

_____ **(7) CERTIFIED MAIL**

**\*\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\*\***

_____ **(8)** AND BY MAILING ON THE ____ DAY OF ____ 20 ____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | | |
|---|---|---|---|
| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | _____ (09) DECEASED | |
| _____ (02) MOVED | _____ (06) NO SUCH ADDRESS | _____ (10) NO REGISTERED AGENT | |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (11) OUT OF COOK COUNTY | |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | _____ (12) OTHER REASON (EXPLAIN) | |

EXPLANATION:

| WRIT SERVED ON: Victor Aguirre (son) | | | | |
|---|---|---|---|---|
| SEX: F  RACE: Hp  AGE: 40 | DATE 1/22 | ATTEMPTED SERVICES TIME (AM/PM) 5:10 | STAR # 11966 |
| THIS 22 DAY OF Jan , 20 15 | | | |
| Thomas J. Dart | | | |
| SHERIFF, BY: ____ , DEPUTY | | | |

JОS494



SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

AFFIDAVIT OF SERVICE

**N/C   T.D.**



`* 01662274 *` 13

CASE NUMBER: 14COTD004203      MULT.SER. 16      DOC. TYPE: TD Bulk (Individual Entry)

**DIE DATE: 02/02/2015**    RECEIVED DATE: 1/15/2015    FILED DATE: 12/10/2014    DIST: CM CC
                            12:00:00 PM

**DEFENDANT**
AGUIRRE, BERTHA
4599  HATCH LN
LISLE, IL 60532

**PLANTIFF**
WHEELER FINANCIAL INC
**ATTORNEY**
GRAY JR DAVID R
120 N LASALLE #1350
CHICAGO, IL 60602
(312) 334-1306

**ATTACHED FEE AMOUNT:**

**SERVICE INFORMATION:**     6-8-15     CM# 7008 0150 0001 9751  1-15-15

I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

**(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

**(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS.  ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20____

**(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

**(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION
____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

**(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT.  ORDER POSTED IN PLAIN VIEW.

**(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE.  ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

✓ **(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

**(8)**    AND BY MAILING ON THE _____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE  WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

| | | |
|---|---|---|
| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | |
| _____ (02) MOVED | _____ (06) NO SUCH ADDRESSS | _____ (09) DECEASED |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (10) NO REGISTERED AGENT |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | _____ (11) OUT OF COOK COUNTY |
| EXPLANATION: | | _____ (12) OTHER REASON (EXPLAIN) |

_____

WRIT SERVED ON: _____

SEX: M / F    RACE:_____   AGE:_____    **DATE** 1-15-13    ATTEMPTED SERVICES TIME (AM/PM)    STAR #

THIS _____ DAY OF _____

Thomas J. Dart

SHERIFF, BY: C. LUCE.    DEPUTY

JOS494



## SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE



*01662275*

*73*

| CASE NUMBER: 14COTD004203 | MULT.SER. 16 | DOC. TYPE: TD Bulk (Individual Entry) |
|---|---|---|

**DIE DATE: 02/02/2015**    RECEIVED DATE: 1/15/2015     FILED DATE: 12/10/2014     DIST: CM CC
12:00:00 PM

| **DEFENDANT** | **PLANTIFF** |
|---|---|
| AGUIRRE, RAMON | WHEELER FINANCIAL INC |
| 4599 HATCH LN | **ATTORNEY** |
| LISLE, IL 60532 | GRAY JR DAVID R |
| | 120 N LASALLE#1350 |
| | CHICAGO, IL 60602 |
| | (312) 334-1306 |

**ATTACHED FEE AMOUNT:**

**SERVICE INFORMATION:**    6-8-15     CM# 7008 0150 0001 9744   1-15-15

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

_____ **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

_____ **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____

_____ **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

_____ **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION _____ COMPANY _____ BUSINESS _____ PARTNERSHIP _____

_____ **(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

_____ **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

✓ **(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

_____ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | _____ (09) DECEASED |
|---|---|---|
| _____ (02) MOVED | _____ (06) NO SUCH ADDRESSS | _____ (10) NO REGISTERED AGENT |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (11) OUT OF COOK COUNTY |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | _____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION: _____

_____

---

WRIT SERVED ON: _____

| | ATTEMPTED SERVICES | | |
|---|---|---|---|
| | DATE | TIME (AM/PM) | STAR # |

SEX: M / F    RACE:_____    AGE:_____    *1-15-15*

THIS _____ DAY OF _____

Thomas J. Dart

SHERIFF, BY: *C. LUCE.*    DEPUTY

JOS494



# Cook County SHERIFF
## THOMAS J DART

## Civil Process
## Service Lookup

Select Language  ▼

Powered by Google **Translate**

## Search Results:

| Sheriff # | Name | Address | Status |
|---|---|---|---|
| 01685410 | AGUIRRE, RAMON | 1374 W GRAND AVE , CHICAGO, IL 60642 | NOT SERVED |

Reason not served:     No Contact
Date:                        2/18/2015

Additional Remarks:

[ Search Again ]

By using this search tool, you acknowledge that you understand that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Cook County Sheriff's Office Civil Division • 50 W. Washington, Room 701
Chicago, IL 60602 • **(312) 603-3365**



**Civil Process
Service Lookup**

THOMAS J DART

Select Language  ▼

Powered by Google Translate

## Search Results:

| Sheriff # | Name | Address | Status |
|---|---|---|---|
| 01685411 | R.G. RESTAURANT INC DBA BELLA NOTTE | 1372 W GRAND AVE , CHICAGO, IL 60622 | SERVED |

**Service Date/Time:**    2/16/2015   5:35:00 PM

Service Type:     Service on a Corporation/Company/Business/Partnership

Served on:     VICTOR AGUIRRE , Hispanic male

Remarks:

Search Again

By using this search tool, you acknowledge that you understand that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Cook County Sheriff's Office Civil Division • 50 W. Washington, Room 701
Chicago, IL 60602 • **(312) 603-3365**



# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE



**N/C  T.D**

| | | | |
|---|---|---|---|
| CASE NUMBER: 14COTD004203 | MULT.SER. 16 | | DOC. TYPE: TD Bulk (Individual Entry) |
| DIE DATE: 02/02/2015 | RECEIVED DATE: 1/15/2015 12:00:00 PM | FILED DATE: 12/10/2014 | DIST: 604 DC |

| **DEFENDANT** | **PLANTIFF** |
|---|---|
| JPMORGAN CHASE BANK N A | WHEELER FINANCIAL INC |
| 208 S LASALLE ST | **ATTORNEY** |
| CHICAGO, IL 60604 | GRAY JR DAVID R |
| SUITE 814 | 120 N LASALLE#1350 |
| | CHICAGO, IL 60602 |
| **ATTACHED FEE AMOUNT:** | (312) 334-1306 |

**SERVICE INFORMATION:**     6-8-15     C/O C T CORP SYSTEM

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

____ **(1) PERSONAL SERVICE:**

BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

____ **(2) SUBSTITUTE SERVICE:**

BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____

____ **(3) UNKNOWN OCCUPANTS:**

BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

__X__ **(4) CORP/CO/BUS/PART:**

BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____X COMPANY ____ BUSINESS ____ PARTNERSHIP ____

____ **(5) PROPERTY RECOVERED:**

NO ONE PRESENT TO RECEIVE ORDER OF COURT.  ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:**

BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE.  ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

____ **(7) CERTIFIED MAIL**

**\*\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\*\***

____ **(8)**     AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE  WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ____ (01) NO CONTACT | ____ (05) WRONG ADDRESS | ____ (09) DECEASED |
| ____ (02) MOVED | ____ (06) NO SUCH ADDRESSS | ____ (10) NO REGISTERED AGENT |
| ____ (03) EMPTY LOT | ____ (07) EMPLOYER REFUSAL | ____ (11) OUT OF COOK COUNTY |
| ____ (04) NOT LISTED | ____ (08) CANCELLED BY PLAINTIFF ATTY | ____ (12) OTHER REASON (EXPLAIN) |
| EXPLANATION: | | |

WRIT SERVED ON: _____

SEX: M / F     RACE _____     AGE 28     DATE     TIME (AM/PM)     STAR #

THIS ___22___ DAY OF _____ 20____     10   15

Thomas J. Dart

SHERIFF, BY: _____     DEPUTY WHT 5102

THOMAS #11021

JOS494



# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE



CASE NUMBER: 14COTD004203          MULT.SER. 1          DOC. TYPE: TD Bulk (Individual Entry)

DIE DATE: 02/10/2015          RECEIVED DATE: 1/22/2015          FILED DATE: 12/10/2014          DIST: 603 DC
12:00:00 PM

**DEFENDANT**
JP MORGAN CHASE BANK NA
10 S DEARBORN
CHICAGO, IL 60603

**PLANTIFF**
WHEELER FINANCIAL INC
**ATTORNEY**
GRAY JR DAVID R
120 N LASALLE #1350
CHICAGO, IL 60602
(312) 334-1306

**ATTACHED FEE AMOUNT:**
**SERVICE INFORMATION:**          6/8/15

## I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

_____ **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

_____ **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20___

_____ **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

_____ **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION
___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___

_____ **(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

_____ **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

_____ **(7) CERTIFIED MAIL**

**\*\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\*\***

_____ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

## THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

| | | |
|---|---|---|
| _____ (01) NO CONTACT | _____ (05) WRONG ADDRESS | _____ (09) DECEASED |
| _____ (02) MOVED | _____ (06) NO SUCH ADDRESSS | _____ (10) NO REGISTERED AGENT |
| _____ (03) EMPTY LOT | _____ (07) EMPLOYER REFUSAL | _____ (11) OUT OF COOK COUNTY |
| _____ (04) NOT LISTED | _____ (08) CANCELLED BY PLAINTIFF ATTY | _____ (12) OTHER REASON (EXPLAIN) |

EXPLANATION: _____

WRIT SERVED ON: _____

SEX: ____ RACE ____ AGE: ____          DATE          ATTEMPTED SERVICES
THIS ____ DAY OF _____ 20__          TIME (AM/PM)          STAR #
Thomas J. Dart
SHERIFF, BY: _____ DEPUTY

MOC087