UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 14bk24420 |
| Ramon Aguirre | ) |
| Bertha Aguirre, | ) Chapter 11 |
| | ) |
| Debtors. | ) Judge Timothy A. Barnes |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the attached Memorandum Decision and Order to be served on all persons on the service list below by first class United States mail in properly addressed envelopes with postage prepaid this 18th day of April, 2016.

_____
Kristina Magcamit
Law Clerk

## SERVICE LIST

**Persons Served by United States Mail**
*Wheeler Financial, Inc.'s Counsel*
Robert M. Fishman, Esq.
Shaw Fishman Glantz & Towbin LLC
321 N Clark Street, Suite 800
Chicago, IL 60654

*Debtors' Counsel*
Paul M. Bach, Esq.
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523

*JPMorgan Chase Bank's Counsel*
Lauren Newman, Esq.
Thompson Coburn LLP
5 E Monroe, 37th Floor
Chicago, IL 60603